# CERTIFICATE OF SERVICE

I, <u>Richard A. Lawrence</u>, certify that I am, and at all times during the
    (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>December 20, 2006</u> by:
  (date)

> NOTE: If more space is needed, note "See Attached Page" in the appropriate box and add additional addresses to 3rd page of form.

[✔] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> See attached page

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of <u>Alabama</u>,
as follows: [Describe briefly]                                                   (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

*12/20/06*                        *[signature]*
Date                                   Signature

Print Name:
Richard A. Lawrence, Esq.

Business Address:
P. O. Box 4633
Montgomery, AL 36103-4633

Case 06-03100    Doc 4    Filed 12/20/06    Entered 12/20/06 13:36:55    Desc Main
Document    Page 1 of 2
Office of Richard Lawrence.max

## Additional Addresses

| | | |
|---|---|---|
| President<br>Firstar Bank, NA, Cincinnati<br>425 Walnut Street, ML5125<br>Cincinnati, OH  45201<br><br>President<br>Brazos Higher Education<br>Authority<br>P. O. Box 14445<br>Austin, TX  78761<br><br>Mr. Murray Watson, Jr.<br>President<br>Brazos Higher Education Service<br>Corporation, Inc.<br>2600 Washington Avenue<br>Waco, TX  76710<br><br><br>President<br>Brazos Student Finance Corp.<br>Starbank, NA, as Trustee<br>c/o Boss Platinum<br>P. O. Box 15043<br>Austin, TX 78761<br><br>President<br>U.S. Bank Nat as Trustee<br>c/o ACS<br>P. O. Box 7051<br>Utica, NY  13504-7051<br><br>President<br>GNIC-Brazos Platinum Med<br>c/o ACS<br>P. O. Box 7051<br>Utica, NY  13504-7051<br><br>President<br>ACS<br>P. O. Box 7051<br>Utica, NY  13504-7051<br><br>President<br>Landmark American Insurance<br>Company<br>P. O. Box 3329<br>Englewood, CO  80155<br><br>President<br>TuitionGardtm Ltd.<br>P. O. Box 261159<br>Highlands Ranch, CO  80163 | | |