B 250A
(8/96)

# United States Bankruptcy Court

## Middle District Of Alabama

| In re | Richard A. Stehl | , ) | |
|---|---|---|---|
| | Debtor | ) | Case No. 05-33989 |
| | | ) | |
| | | ) | Chapter 7 |
| | Richard A. Stehl | , ) | |
| | Plaintiff | ) | |
| | | ) | |
| | Firstar Bank, NA, Cincinnati Ohio; et al | , ) | Adv. Proc. No. 06-03100 |
| | Defendant | ) | |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

> U.S. Bankruptcy Court
> Middle District of Alabama
> P.O. Box 1248
> Montgomery, AL  36102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Richard A. Lawrence
> P. O. Box 4633
> Montgomery, AL 36103-4633

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



December 18, 2006
Date

Digitally signed by Richard Oda
DN: CN = Richard Oda, C = US, O = United States Bankruptcy Court, OU = summons-seal
Date: 2006.12.18 09:12:30 - 06'00'

# CERTIFICATE OF SERVICE

I, <u>Richard A. Lawrence</u>, certify that I am, and at all times during the
   (name)
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made <u>      </u> by:
  (date)

NOTE: If more space is needed, note "See Attached Page" in the appropriate box and add additional addresses to 3rd page of form.

[✓] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> See attached page

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of <u>Alabama</u>,
as follows: [Describe briefly]
                        (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____   _____
Date                 Signature

Print Name:
> Richard A. Lawrence, Esq.

Business Address:
> P. O. Box 4633
> Montgomery, AL  36103-4633

## Additional Addresses

President
Firstar Bank, NA, Cincinnati
425 Walnut Street, ML5125
Cincinnati, OH   45201

President
Brazos Higher Education
Authority
P. O. Box 14445
Austin, TX   78761

Mr. Murray Watson, Jr.
President
Brazos Higher Education Service
Corporation, Inc.
2600 Washington Avenue
Waco, TX   76710

President
Brazos Student Finance Corp.
Starbank, NA, as Trustee
c/o Boss Platinum
P. O. Box 15043
Austin, TX 78761

President
U.S. Bank Nat as Trustee
c/o ACS
P. O. Box 7051
Utica, NY   13504-7051

President
GNIC-Brazos Platinum Med
c/o ACS
P. O. Box 7051
Utica, NY   13504-7051

President
ACS
P. O. Box 7051
Utica, NY   13504-7051

President
Landmark American Insurance
Company
P. O. Box 3329
Englewood, CO   80155

President
TuitionGardtm Ltd.
P. O. Box 261159
Highlands Ranch, CO   80163

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1127-2          User: dsegrest          Page 1 of 1          Date Rcvd: Dec 18, 2006
Case: 06-03100                Form ID: pdfPLA         Total Served: 1
```

The following entities were served by first class mail on Dec 20, 2006.
pla          Richard A. Stehl,   2424 Promenade Blvd. #2,   Montgomery, AL   36106-3905

The following entities were served by electronic transmission.
NONE.                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 20, 2006**          **Signature:** _Joseph Speetjens_