IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard A. Stehl | ) | Chapter 7 |
|     Debtor | ) | Case No. 05-33989-WRS |

| | | |
|---|---|---|
| Richard A. Stehl | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 06-3100 |
| | ) | |
| Firstar Bank, NA, Cincinnati, Ohio; | ) | |
| Brazos Higher Education Authority, a/k/a | ) | |
| Brazos Higher Education Service Corp.,Inc. | ) | |
| a/k/a Brazos Student Finance Corp.; U.S. Bank | ) | |
| Nat as Trustee; GNIC-Brazos Platinum Med; | ) | |
| ACS; Landmark American Insurers Company; | ) | |
| and Tuition Gardtm, Ltd. | ) | |
|     Defendants | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANTS BRAZOS STUDENT FINANCE CORPORATION, FIRSTAR BANK, NA, BRAZOS HIGHER EDUCATION SERVICE CORP.,INC., BRAZOS HIGHER EDUCATION AUTHORITY, GNIC-BRAZOS PLATINUM MED, ACS, and U.S. BANK NATIONAL AS TRUSTEE

Comes Now BRAZOS STUDENT FINANCE CORPORATION, FIRSTAR BANK, NA, BRAZOS HIGHER EDUCATION SERVICE CORP.,INC., BRAZOS HIGHER EDUCATION AUTHORITY, GNIC-BRAZOS PLATINUM MED, ACS, and U.S. BANK NATIONAL AS TRUSTEE by and through their attorneys Chambless Math ❖ Carr, P.C. and answers as follows:

1. The Defendants admit the allegations contained in paragraph one.

2. The Defendants admit the allegations contained in paragraph two.

3. The Defendants are without sufficient knowledge to admit or deny the allegations

contained in paragraph three.

4. The Defendants deny the allegations contained in paragraph four.

5. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph five.

6. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph six.

7. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph seven.

8. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph eight.

9. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph nine.

10. The Defendants admit the allegations contained in paragraph ten.

11. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph eleven.

12. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph twelve.

13. The Defendants are without sufficient knowledge to admit or deny the allegations contained in paragraph thirteen.

## COUNT I

14. The Defendants deny the allegations contained in paragraph fourteen.

15. Paragraph fifteen does not require a response as it contains no allegation for the

Defendants to answer.

## FIRST AFFIRMATIVE DEFENSE

The Plaintiff fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

The Defendant is a not for profit institution which played a meaningful part in providing funds for the Plaintiff's education which render the debt non-dischargeable pursuant to 11 U.S.C §523(8) absent a showing of undue hardship to the debtor and/or his dependents.

The Defendants reserve the right to assert such additional or other defenses by way of motion, answer or otherwise as the same may appear during the course of discovery.

WHEREFORE, the premises considered, the Defendants respectfully requests that all requests of Plaintiff's prayer for relief be denied, that the Defendants be awarded attorney fees for defense of this Complaint, and that such further and other relief be afforded the Defendants.

BRAZOS STUDENT FINANCE CORPORATION FIRSTAR BANK, NA, BRAZOS HIGHER EDUCATION SERVICE CORP.,INC., BRAZOS HIGHER EDUCATION AUTHORITY, GNIC-BRAZOS PLATINUM MED, ACS, and U.S. BANK NATIONAL AS TRUSTEE

/s/ Kristen P. Southworth
Attorney for the Defendant

Kristen P. Southworth
CHAMBLESS MATH ❖ CARR, P.C.
P. O. BOX 230759
MONTGOMERY, AL 36123-0759
(334) 272-2230

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January 2007, I have served a copy of the foregoing on all parties listed below via United States mail and/or electronic notification by the court:

Richard A. Lawrence
Attorney for the Plaintiff
P. O. Box 4633
Montgomery, AL 36103

/s/ Kristen P. Southworth