UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 05-33989 - WRS
                                         Chapter 7
RICHARD A. STEHL,

    Debtor.

RICHARD A. STEHL,

    Plaintiff,

v.                                       Adv. Proc. No. 06-3100-WRS

FIRSTAR BANK NA, et al.,

    Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

Fed. R. Bankr. Proc. 7026 applies in this adversary proceeding.

Pursuant to Rule 7016(b), a SCHEDULING conference with the attorneys for the parties and any unrepresented parties will be held at the United States Bankruptcy Court, One Church Street, Courtroom 4-D, Montgomery, Alabama, on **February 27, 2007**, **at 10:00 a.m.**

The parties are ORDERED to meet no later than 7 days before the scheduling conference and take the actions prescribed by Rule 7026(f).

The parties need not file with the court the initial disclosures required by Rule 7026(a) or the discovery plan proposed by the parties. *See* Rule 7026(f).

ORDERED this 22nd day of January, 2007.

                                          /s/ William R. Sawyer
                                          United States Bankruptcy Judge

c:  Richard A. Lawrence, Attorney for Plaintiff
     Kristen P. Southworth, Attorney for Defendants

Orders.22