IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF: | * | |
| | * | |
| RICHARD A. STEHL. | * | |
| | * | |
| DEBTOR, | * | CASE NO. 05-33989-WRS |
| | * | Chapter 7 |
| RICHARD A. STEHL | * | |
| | * | |
|    Plaintiff, | * | |
| | * | |
| v. | * | ADV. Proc. No. 06-3100-WRS |
| | * | |
| FIRSTAR BANK NA, et al. | * | |
| | * | |
|    Defendants. | * | |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

COMES NOW the Plaintiff, Richard A. Stehl, who pursuant to Rule 7034 of the Bankruptcy Rules respectfully requests Defendants Firstar Bank, NA, Cincinnati; Brazos Higher Education Authority; Brazos Higher Education Service Corporation, Inc.; Brazos Student Finance Corp., Starbank NA, as Trustee; U.S. Bank National as Trustee; GNIC-Brazos Platinum Med; and ACS to each respond fully and completed to the following request for documents:

    1.    The loan in question is a loan received by Richard A. Stehl while he was at Ross University Medical School in Dominica. The loan was received in December 1988 through Brazos Higher Education Authority. The loan was in the amount of $11,525.00 plus fees of $1,239.84 for a total of $12,664.84. Half of the loan was paid in December 1988 and half in January 1989. The loan was received during the first and second semester of medical school. The total now owed is approximately $18,400.00.

Produce all documents in your possession or to which you have reasonable access that relate directly or indirectly to the loan received by Richard A. Stehl. At a minimum, this request will include application, note, agreement, guaranty, insuring documents, transfer of loan between entities, payments.

**RESPONSE:**


2. Produce the incorporating documents and bylaws (or their equivalent) for each defendant.

**RESPONSE:**



Done this the 6th day of March, 2007.

                                         */s/ Richard A. Lawrence*
                                         Richard A. Lawrence
                                         Attorney for Plaintiff

**OF COUNSEL;**
Richard A. Lawrence  LAW006
456 South Court Street
P.O. Box 4633
Montgomery, AL  36103
(334) 263-2000
Fax:  (334) 263-9086

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing upon the following parties listed below by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed, or by electronic mail on this the 6th day of March, 2007:

Kristen P. Abbott, Esq.
Chambless Math Carr, P.C.
P. O. Box 230759
Montgomery, AL 36123-0759

      */s/ Richard A. Lawrence*
Richard A. Lawrence
Attorney for the Plaintiff