UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                              Case No. 05-33989-WRS
                                                                   Chapter 7
RICHARD A. STEHL,

      Debtor.

RICHARD A. STEHL,

      Plaintiff,
                                                                   Adv. Pro. No. 06-3100-WRS

  v.

FIRSTAR BANK NA, et al.,

      Defendants.

**ORDER SETTING TRIAL DATE**
**SCHEDULING ORDER**

As announced from the bench at the scheduling conference held February 27, 2007, the following is the schedule of events in this adversary proceeding:

Discovery shall be completed no later than **May 31, 2007.**

Dispositive motions shall be filed with the court no later than **June 11, 2007.** Responses to the motions are due no later than **June 25, 2007.**

Counsel for the parties shall exchange and file with the court by **July 6, 2007,** the pretrial disclosures required by Fed. R. Bankr. Proc. 7026(a)(3). Exhibits, depositions, and the testimony of witnesses not so disclosed shall not be admitted into evidence at the trial except for good cause shown.

Counsel for the parties shall exchange and file with the court by **July 20, 2007,** a list disclosing any objections to the use of depositions or admissibility of exhibits identified or designated under Fed. R. Bankr. Proc. 7026(a)(3). Objections not so disclosed, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, shall be deemed waived unless excused by the court for good cause shown.

Counsel for the parties shall file a joint pretrial statement by **July 20, 2007,** containing the following:

1.  A comprehensive written stipulation of all uncontested facts, including underlying facts, in such form that it can be incorporated in the final order as part of the findings of fact.

2.  A statement of the contentions of each party with respect to contested facts and law.

Prior to trial, all exhibits to be offered at trial shall be marked for identification. Copies shall be made available to the court at the trial.

A telephonic pretrial conference will be held on **July 10, 2007, at 1:30 p.m.** The order of trial will be established at the pretrial conference.

*Each party desiring to be heard MUST CALL conferencing services at least five minutes prior to the commencement of court. You will be asked to provide the name of the chairperson and the name of the caller.  <u>The number is 1/800-347-3350.   The chairperson is William Livingston.</u>*

The trial is "deep set" with several other adversaries beginning **Monday, July 23, 2007.**

Done this 8th day of March, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge


c:  Richard A. Lawrence, Attorney for Plaintiff
    Kristen P. Abbot, Attorney for Defendants
    U. S. Bank, Defendant
    Landmark American Insurance Company, Defendant
    TuitionGardtm Ltd., Defendant