UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 05-33989-WRS
                                               Chapter 7
RICHARD A. STEHL,

      Debtor.

RICHARD A. STEHL,

      Plaintiff,
                                               Adv. Pro. No. 06-3100-WRS
v.

FIRSTAR BANK NA, et al.,

      Defendants.

## ORDER SETTING TRIAL DATE
## SCHEDULING ORDER

As announced from the bench at the scheduling conference held February 27, 2007, the following is the schedule of events in this adversary proceeding:

Discovery shall be completed no later than **May 31, 2007.**

Dispositive motions shall be filed with the court no later than **June 11, 2007.** Responses to the motions are due no later than **June 25, 2007.**

Counsel for the parties shall exchange and file with the court by **July 6, 2007,** the pretrial disclosures required by Fed. R. Bankr. Proc. 7026(a)(3). Exhibits, depositions, and the testimony of witnesses not so disclosed shall not be admitted into evidence at the trial except for good cause shown.

Counsel for the parties shall exchange and file with the court by **July 20, 2007,** a list disclosing any objections to the use of depositions or admissibility of exhibits identified or designated under Fed. R. Bankr. Proc. 7026(a)(3). Objections not so disclosed, other than objections under Rules 402 and 403 of the Federal Rules of Evidence, shall be deemed waived unless excused by the court for good cause shown.

Counsel for the parties shall file a joint pretrial statement by **July 20, 2007,** containing the following:

1. A comprehensive written stipulation of all uncontested facts, including underlying facts, in such form that it can be incorporated in the final order as part of the findings of fact.

2. A statement of the contentions of each party with respect to contested facts and law.

Prior to trial, all exhibits to be offered at trial shall be marked for identification. Copies shall be made available to the court at the trial.

A telephonic pretrial conference will be held on **July 10, 2007, at 1:30 p.m.** The order of trial will be established at the pretrial conference.

***Each party desiring to be heard MUST CALL conferencing services at least five minutes prior to the commencement of court. You will be asked to provide the name of the chairperson and the name of the caller. <u>The number is 1/800-347-3350. The chairperson is William Livingston.</u>***

The trial is "deep set" with several other adversaries beginning **Monday, July 23, 2007.**

Done this 8th day of March, 2007.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Richard A. Lawrence, Attorney for Plaintiff
Kristen P. Abbot, Attorney for Defendants
U. S. Bank, Defendant
Landmark American Insurance Company, Defendant
TuitionGardtm Ltd., Defendant

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 1127-2          User: rwalker           Page 1 of 1              Date Rcvd: Mar 08, 2007
Case: 06-03100                Form ID: pdfSOME        Total Served: 3

The following entities were served by first class mail on Mar 10, 2007.
dft          +Landmark American Insurance Company,   P. O. Box 3329,   Englewood, CO 80155-3329
dft          +TuitionGardtm Ltd.,    P. O. Box 261159,   Highlands Ranch, CO 80163-1159
dft           U.S.Bank Nat as Trustee,    c/o ACS,   P. O. Box 7051,   Utica, NY 13504-7051

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 10, 2007**                         **Signature:** _Joseph Speetjens_