# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                             Case No. 05-33989-WRS
                                     Chapter 7

RICHARD A. STEHL,

            Debtor

RICHARD A. STEHL,

             Plaintiff                    Adv. Pro. No. 06-3100-WRS

   v.

IRSTAR BANK, NA, et al.

             Defendants


## ORDER RESETTING TELEPHONIC PRETRIAL CONFERENCE

         The telephonic pretrial conference previously set for July 10, 2007, is *reset* to be held July 17, 2007, at 1:30 p.m.

         Each party desiring to be heard MUST CALL conferencing services at least five minutes prior to the commencement of court. You will be asked to provide the name of the chairperson and the name of the caller. ***The number is 1/800-347-3350. The chairperson is William Livingston.***

         Done this 22nd day of March, 2007.

                                 /s/ William R. Sawyer
                                 United States Bankruptcy Judge


c: Richard A. Lawrence, Attorney for Plaintiff
   Kristen P. Abbott, Attorney for Defendant


Orders.22