IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Richard A. Stehl | ) | Chapter 7 |
|     Debtor | ) | Case No. 05-33989-WRS |

| | | |
|---|---|---|
| Richard A. Stehl | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. 06-3100 |
| | ) | |
| Firstar Bank, NA, Cincinnati, Ohio; | ) | |
| Brazos Higher Education Authority, a/k/a | ) | |
| Brazos Higher Education Service Corp.,Inc. | ) | |
| a/k/a Brazos Student Finance Corp.; U.S. Bank | ) | |
| Nat as Trustee; GNIC-Brazos Platinum Med; | ) | |
| ACS; Landmark American Insurers Company; | ) | |
| and Tuition Gardtm, Ltd. | ) | |
|     Defendants | ) | |

## MOTION TO DISMISS PARTIES TO ADVERSARY PROCEEDING WITH PREJUDICE

Come now BRAZOS STUDENT FINANCE CORPORATION, FIRSTAR BANK, NA, BRAZOS HIGHER EDUCATION SERVICE CORP.,INC., BRAZOS HIGHER EDUCATION AUTHORITY, GNIC-BRAZOS PLATINUM MED, ACS, and U.S. BANK NATIONAL AS TRUSTEE by and through their attorneys Chambless Math ❖ Carr, P.C., and hereby moves this Court for dismissal of each of these parties in this action with prejudice and as grounds therefore, states that the guarantor of the loan has paid the debt in full and no amount is now due to above referenced parties.

WHEREFORE, the premises considered, the Defendants respectfully requests that all parties listed above be dismissed from this adversary proceeding, and that such further and other

relief be afforded the Defendants.

                                      BRAZOS STUDENT FINANCE CORPORATION FIRSTAR BANK, NA, BRAZOS HIGHER EDUCATION SERVICE CORP.,INC., BRAZOS HIGHER EDUCATION AUTHORITY, GNIC-BRAZOS PLATINUM MED, ACS, and U.S. BANK NATIONAL AS TRUSTEE

                                      /s/ Kristen P. Abbott
                                      Attorney for the Defendants

Kristen P. Abbott
CHAMBLESS MATH ❖ CARR, P.C.
P. O. BOX 230759
MONTGOMERY, AL 36123-0759
(334) 272-2230

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April 2007, I have served a copy of the foregoing on all parties listed below via United States mail and/or electronic notification by the court:

Richard A. Lawrence
Attorney for the Plaintiff
P. O. Box 4633
Montgomery, AL 36103

                                      /s/ Kristen P. Abbott