## UNITED STATES BANKRUPTCY COURT

## Middle District of Alabama

In re:  
**Stehl v. Firstar Bank, NA, Cincinnati et al**

Case No.: 06–03100  
BK Case No.: 05–33989

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4D, Montgomery, AL 36104

on 5/8/07 at 10:00 AM

to consider and act upon the following:

*12* – Motion to Dismiss Party and U.S. BANK NATIONAL AS TRUSTEE Filed by Kristen P. Abbott on behalf of ACS, Brazos Higher Education Authority, Brazos Higher Education Service Corporation, Inc., Brazos Student Finance Corp., Firstar Bank, NA, Cincinnati, GNIC–Brazos Platinum Med. (Abbott, Kristen)

Dated: 4/26/07

Richard S. Oda  
Clerk, U.S. Bankruptcy Court