## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE THE MATTER OF: | * | |
| RICHARD A. STEHL. | * | |
| DEBTOR, | * | CASE NO. 05-33989-WRS |
| | * | Chapter 7 |
| RICHARD A. STEHL | * | |
| Plaintiff, | * | |
| v. | * | ADV. Proc. No. 06-3100-WRS |
| FIRSTAR BANK NA, et al. | * | |
| Defendants. | * | |

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

**COMES NOW** the Plaintiff, Richard A. Stehl, debtor, who in response to the Motion to Dismiss by Defendants Firstar Bank, NA, Cincinnati; Brazos Higher Education Authority; Brazos Higher Education Service Corporation, Inc.; Brazos Student Finance Corporation, U.S. Bank National as Trustee; GNIC-Brazos Platinum Med; and ACS, states unto the Court as follows:

1. The Defendants' Motion to Dismiss states that "the guarantor of the loan has paid the debt in full and no amount is now due" to the Defendants. The Defendants ask that the case be dismissed with prejudice to them.

2. The Plaintiff objects to the dismissal of the above named Defendants at this point in time.

3. The Defendants' motion provides no documentation or affidavits in support of their motion. Further, the Defendants have not provided requested documents in response to Plaintiff's First Request for Production of Documents, which would show the original documents and what has happened to the loan.

4. Landmark American Insurance Company is believed to have insured the loan. Tuition*Gard*tm, Ltd, is believed to have been the authorized representative for Landmark American Insurance Company. The Plaintiff has been unable to obtain service on Tuition*Gard*tm, Ltd, and Landmark American Insurance Company. Tuition*Gard*tm, Ltd, is believed to have either been sold to another company or dissolved. Defendants' counsel has noted that Royal & Sun Alliance was the entity that paid the Defendants, and that Tuition*Gard*tm, Ltd. may have been the original guarantor. However, the Plaintiff has no documentation.

5. The Plaintiff submits that the Defendants' Motion to Dismiss should be denied.

**WHEREFORE** the Plaintiff, Richard A. Stehl, respectfully prays this honorable Court deny the Defendants' Motion to Dismiss with prejudice.

Done this the 26th day of April, 2007.

                                                    */s/ Richard A. Lawrence*
                                                    Richard A. Lawrence
                                                    Attorney for Plaintiff

**OF COUNSEL;**
Richard A. Lawrence  LAW006
456 South Court Street
P.O. Box 4633
Montgomery, AL  36103
(334) 263-2000
Fax:  (334) 263-9086

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing upon the following parties listed below by placing a copy of the same in the United States Mail, first class postage prepaid and properly addressed, or by electronic mail on this the 26th day of April, 2007:

Kristen P. Abbott, Esq.
Chambless Math Carr, P.C.
P. O. Box 230759
Montgomery, AL  36123-0759

      */s/ Richard A. Lawrence*
      Richard A. Lawrence
      Attorney for the Plaintiff