# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re  
RICHARD A. STEHL,

    Debtor.

Case No. 05-33989  
Chapter 7

RICHARD A. STEHL,

    Plaintiff,

v.

FIRSTAR BANK, NA, et al.,

    Defendants.

Adv. Pro. No. 06-3100

## **JUDGMENT**

For the reasons set forth in this Court's Memorandum Decision of this date, judgment is entered in favor of the Plaintiff. It is determined that the subject student loan indebtedness is not excepted from the Debtor's discharge pursuant to 11 U.S.C. § 523(a)(8). In addition, Defendants Landmark American Insurance Company and TuitionGard, Ltd., are dismissed without prejudice.

Done this the 9th day of May, 2007.

                                            /s/ William R. Sawyer  
                                            United States Bankruptcy Judge